■ TRAVELERS INSURANCE COMPANY, as Successor in Interest by Merger to GULF INSURANCE COMPANY, Respondent, v BENDERSON DEVELOPMENT COMPANY, LLC, et al., Appellants, et al., Defendant. (Appeal No. 1.) [19 NYS3d 459]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered August 25, 2014. The order, among other things, granted plaintiff's motion for summary judgment on the amended complaint and for summary judgment dismissing the counterclaim.

It is hereby ordered that said appeal is unanimously

dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Centra, Whalen and DeJoseph, JJ.